UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20267-CR-SEITZ

UNITED STATES OF AMERICA,
    Plaintiff,
v.

LUCSON EDMOND,
    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

This matter came before the Court on the Report and Recommendation (R&R) [DE 23] of the Honorable Barry L. Garber recommending that the Defendant Lucson Edmond's plea of guilty be accepted and Defendant be adjudicated guilty. The Court has reviewed Judge Garber's R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the R&R of Magistrate Judge Garber is ADOPTED and AFFIRMED, and is made the Order of the District Court:

Defendant Edmond's plea of guilty is accepted, and Defendant Lucson Edmond is adjudicated guilty as to Counts 1, 2 and 3 of the Indictment.

DONE AND ORDERED in Miami, Florida this 24th day of July, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record
       Judge Barry L. Garber